**FILED**

DEC - 2 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert Cheeseman, )
)
 Petitioner, )
)
v. ) Civil Action No. *13- 1898*
)
U.S. District Court District of Oregon *et al.*, )
)
 Respondents. )

MEMORANDUM OPINION

This action is before the Court on its initial review of petitioner's *pro se* "Petition to Declare Judgments Void ab Inito" and his application to proceed *in forma pauperis*. The Court will grant the application and dismiss the case for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring dismissal of an action "at any time" the Court determines that it lacks subject matter jurisdiction).

Petitioner is a resident of Bandon, Oregon, who wants this Court to declare void the decisions of the United States Supreme Court, the United States Courts of Appeal for the Ninth and District of Columbia Circuits, the United States District Courts for the District of Oregon and the District of Columbia, and the Circuit Court of Oregon for Douglas County. This Court is not a reviewing court and, thus, lacks subject matter jurisdiction to review the decisions of another district court, a higher federal court, and, as a general rule applicable here, a state court. *See* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied* 513 U.S. 1150 (1995) (citing *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S.

1

413, 415, 416 (1923)); *see also Panko v. Rodak*, 606 F.2d 168, 171 n.6 (7th Cir. 1979), *cert.*

*denied*, 444 U.S. 1081 (1980) ("It seems axiomatic that a lower court may not order the judges or

officers of a higher court to take an action."). Hence, this case will be dismissed with prejudice.

A separate Order accompanies this Memorandum Opinion.

Date: November 26, 2013                    United States District Judge